**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRIAN S. PIAZZA, | ) | CASE NO. 1:26-cv-890 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JONATHAN D. |
| | ) | GREENBERG |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | **OPINION AND ORDER ADOPTING** |
| | ) | **MAGISTRATE'S REPORT AND** |
| Defendant. | ) | **RECOMMENDATION** |
| | ) | |

On April 15, 2026, Plaintiff Brian Piazza filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's decision denying his application for disability insurance benefits.  (ECF No. 1).  The same day, Plaintiff filed a motion to proceed *in forma pauperis* ("IFP Motion").  (ECF No. 2).  On April 17, 2026, Magistrate Judge Jonathan D. Greenberg issued a Report and Recommendation ("R&R") recommending that the Court deny the IFP Motion and order Plaintiff to pay the filing fee.  (ECF No. 5).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to an R&R within fourteen (14) days after service.  Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3).  Absent objection, a district court may adopt an R&R without further review. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  As of the date of this Order, more than 14 days have passed and neither party has objected to the R&R.  However, the $405 filing fee was paid on April 22, 2026.  Accordingly, the Court **ADOPTS IN PART** Magistrate Judge Greenberg's R&R (ECF No. 5) as it pertains to denial of the IFP Motion, incorporates it herein by reference, and **DENIES AS MOOT** the IFP Motion (ECF No. 2).  The recommendation in the R&R that Plaintiff

1

be ordered to pay the filing fee is **MOOT**, since Plaintiff paid the fee in the interim between the

filing of the R&R and the issuance of this order.

      **IT IS SO ORDERED.**

Date:   May 7, 2026

                                  _____

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**